UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-0304 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| PHYLLIS CALDWELL | * | MAG. JUDGE KAREN L. HAYES |

### J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Phyllis Caldwell, and adjudges her guilty of the offense charged in Count One of the Superseding Bill of Information against her.

MONROE, LOUISIANA, this 18th day of December, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE